# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

UNITED STATES OF AMERICA

Plaintiff

v.

3:13CV2406b

Civil Action No.

$159,600.00 U.S. CURRENCY , et al

Defendant

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

ROBERT REAVES

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Da Waterpipe
Hippy Xpress
Stash & Dash
Budz Smoke Shop LLC
Reaves Retail Management LLC

| | |
|---|---|
| Date: | October 22, 2013 |
| Signature: | |
| Print Name: | Keith Willeford |
| Bar Number: | 00791931 |
| Address: | P.O. Box 11 |
| City, State, Zip: | Greenville, Texas 75403 |
| Telephone: | 903-455-1991 |
| Fax: | 903-455-1417 |
| E-Mail: | kwlaw@geusnet.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons