IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:13-CV-2406-B |
| | § | |
| $159,900.00 IN U.S. CURRENCY IN, | § | |
| SAFE DEPOSIT BOX 52 LOCATED | § | |
| AT CITIZENS NATIONAL BANK, et al | § | |

NOTICE OF PUBLICATION

I certify that the government posted notice of this forfeiture action on an official government Internet site (www.forfeiture.gov) for at least 30 consecutive days beginning September 10, 2013 pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure and as evidenced by the attached exhibits.

Respectfully submitted,

SARAH R. SALDAÑA
United States Attorney

**/s/ Brian D. Poe**
Assistant United States Attorney
Texas State Bar No.24056908
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8682
Fax: (214) 659-8803
brian.poe@usdoj.gov

**Notice of Publication ($159,600.00 In U.S. Currency, et al) - Page 1**

## CERTIFICATE OF SERVICE

      I certify that on September 4, 2014 I electronically filed this document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing ("ECF") system.  The ECF system will send a "Notice of Electronic Filing" to all parties who have consented in writing to accept the Notice as service of this document by electronic means.

      **/s/ Brian D. Poe**
      Assistant United States Attorney