UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:13-CV-2406-B |
| $159,600.00 IN U.S. CURRENCY IN | § | |
| SAFE DEPOSIT BOX 52 LOCATED | § | |
| AT CITIZENS NATIONAL BANK, | § | |
| et al., | § | |
| | § | |
| Defendants *In Rem*. | § | |

ORDER

The Court has been notified that the parties have reached a settlement in the above-captioned matter. (*See* Stipulation of Forfeiture, Doc. 31.) Accordingly, the Court **ORDERS** the parties to present a joint stipulation of dismissal or an agreed final judgment on or before Friday, September 26, 2014. All other dates and deadlines associated with this case are hereby **VACATED**.

**SO ORDERED.**

SIGNED: September 5, 2014

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1